

# NUMBER 13-18-00616-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALLSTATE FIRE AND
CASUALTY INSURANCE COMPANY,                    Appellant,

v.

FERNANDO R. RODRIGUEZ AND
GWENDLE GARZA, INDIVIDUALLY
AND AS NEXT FRIENDS OF
DRAVEN RODRIGUEZ AND
JOLIVIE RODRIGUEZ, MINOR CHILDREN,            Appellees.

On appeal from the 24th District Court
of Victoria County, Texas.

# ORDER OF ABATEMENT

Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam

We previously abated this appeal pending resolution by the Texas Supreme

Supreme Court of two cases for which petitions for review were pending: *Allstate Ins. v. Irwin*, 606 S.W.3d 774 (Tex. App.—San Antonio 2019) *aff'd*, No. 19-0885 (Tex. May 21, 2021) *available at* https://www.txcourts.gov/media/1452226/190885.pdf and *Allstate Fire & Cas. Ins. v. Inclan*, No. 13-19-00026-CV, 2020 WL 373061 (Tex. App.—Corpus Christi–Edinburg Jan. 23, 2020, pet. denied) (mem. op.).

The Texas Supreme Court has issued an opinion in *Irwin* and it has denied the petition for review filed in *Inclan*. Now that the Texas Supreme Court has disposed of those cases, we reinstate the appeal and request supplemental briefing as to the impact, if any, that these two cases have on the instant appeal. *See* TEX. R. APP. P. 38.7.

Appellant's supplemental brief shall be filed within twenty-one days from the date of this order, and appellees' supplemental brief, if any, shall be filed within fourteen days thereafter. This appeal is abated and removed from the Court's active docket until receipt of the requested briefing.

PER CURIAM

Delivered and filed on the
24th day of May, 2021.